974

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAULINE BROWN, Appellant.—Appeal from judgment, Supreme Court, New York County, rendered on September 8, 1977, withdrawn. Concur—Murphy, P. J., Kupferman, Birns, Fein and Sandler, JJ.

■ In the Matter of EUGENE W. MANNING, Appellant, v BOARD OF TRUSTEES OF THE NEW YORK CITY FIRE DEPARTMENT ARTICLE 1-B PENSION FUND et al., Respondents.—Appeal from order, Supreme Court, New York County, entered on or about February 3, 1978, unanimously dismissed, and the judgment of said court entered on March 22, 1978, unanimously affirmed, without costs and without disbursements. No opinion. Concur— Murphy, P. J., Birns, Bloom, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY DANSBY, Appellant.—Judgment, Supreme Court, New York County, rendered on January 13, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN GILLIARD, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 15, 1976, unanimously affirmed. No opinion. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Lane, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE LEGGETT, Appellant.—Judgment, Supreme Court, New York County, rendered on February 10, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Fein, Sandler, Sullivan and Lane, JJ.